**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DARYN STEWART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:25-cv-0387 PLC** |
| | ) | |
| **UNIVERSITY CITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Daryn Stewart's *pro se* Motion to Reconsider Dismissal [ECF No. 6]. For the reasons set forth below, Plaintiff's motion is denied.

On March 27, 2026, the Court dismissed without prejudice Plaintiff's employment discrimination claim against Defendant University City, finding Plaintiff failed to state a federal employment discrimination claim under Title VII of the Civil Rights Act, the Age Discrimination in Employment Act, the American with Disabilities Act, or the Rehabilitation Act. [ECF No. 4] Specifically, the Court found Plaintiff failed to: (1) identify a characteristic protected by the statutes or allege that University City acted because of such characteristic, or (2) retaliated against Plaintiff for engaging in activity protected by those statutes. [ECF No. 4] More specifically, the Court held Plaintiff's allegation that he was terminated after reporting a co-worker's theft to management does not constitute discrimination prohibited by federal employment statutes or the engagement of activity protected by those statues. [ECF No. 4]

In the Motion to Reconsider Dismissal, Plaintiff alleges additional facts allegedly leading to his termination but continues to fail to identify any protected characteristic, allege that University City acted due to the protected characteristic, or describe any activity that is protected

by the federal employment discrimination statutes. Thus, the Court denies Plaintiff's Motion to Reconsider Dismissal [ECF No. 6].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reconsider Dismissal [ECF No. 6] is **DENIED**.

Patricia L. Cohen

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of October, 2026